

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Coze D. Thomas
Write the full name of each plaintiff or petitioner.

Case No. 22 cv 05341

-against-

Twitter Corperate Office
National Twitter Headquarters
Billie Elish
Universal Music Group
Write the full name of each defendant or respondent.

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that  Plaintiff  Coze D. Thomas
                        plaintiff or defendant   name of party who is making the motion

requests that the Court: The plaintiff Request to Remove the defendants Billie Elish and Universal music group as it is necessary and more appropriate to have them to a different case not yet filled because of the Relation to other affiliated to be defendants as it would also be more convient to litigate the remaining defendants as they prev directly associated.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☐ my own declaration, affirmation, or affidavit

☐ the following additional documents:

RECEIVED SDNY PRO SE OFFICE 2022 OCT 12 AM 10:47

10/ /22
Dated

Signature

Coze D. Thomas
Name

Prison Identification # (if incarcerated)
11365

% 65-45 Parsons Blvd #1M  Fresh Meadows, NY  Domestic Republic
Address                   City             State        Zip Code

347-262-3434
Telephone Number (if available)

Thomasinelectric@yahoo.com
E-mail Address (if available)

SDNY Rev: 5/24/2016

The Court is in receipt of the above motion (Dkt. #6) and construes it as a voluntary dismissal of Plaintiff's claims against Defendants Billie Eilish (named in the Complaint as Billie Elish) and Universal Music Group pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  The Court understands that Plaintiff intends to file a separate case against those defendants on a later date.  Accordingly, the Clerk of Court is directed to dismiss without prejudice all claims against defendants Billie Eilish and Universal Music Group.

Additionally, the Court reminds Plaintiff that he must effectuate service on the remaining defendants – Twitter Corporate Office and National Twitter Headquarters – within 90 days of October 12, 2022, the date Plaintiff reissued summons as to those Defendants.

The Clerk of Court is directed to terminate the motion at docket entry 6.  The Clerk of Court is additionally directed to mail a copy of this endorsement to Plaintiff at:

Caze D. Thomas
c/0 65-45 Parsons Blvd.
#1M
Fresh Meadows, New York 11365


Dated:     October 13, 2022
           New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE