UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAZE D. THOMAS,<br><br>                    Plaintiff,<br><br>              -v.-<br><br>TWITTER CORPORATE OFFICE and<br>NATIONAL TWITTER HEADQUARTERS,<br><br>                    Defendants. | 22 Civ. 5341 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

     An initial pretrial conference and pre-motion conference occurred in this matter on December 13, 2022. At that conference, the parties discussed the possibility of resolving this matter without further litigation. Subsequently, the Court ordered Plaintiff to file a letter on or before January 26, 2023, advising the Court whether the parties had reached a settlement. (Dkt. #25). The Court's Order indicated that if Plaintiff reported a desire to continue the litigation, it would set a briefing schedule for Defendants' anticipated motion to dismiss. (*Id.*).

     The Court received by mail a letter from Plaintiff dated January 27, 2023. (Dkt. #28). Plaintiff's 34-page letter does not directly respond to the Court's Order; instead, it provides more detail about the merits of Plaintiff's claims. (*See id.*). Accordingly, the Court thus understands that the parties have not settled this matter. The parties are hereby ordered to adhere to the following briefing schedule for Defendants' anticipated motion to dismiss:

- Defendants' opening motion to dismiss shall be filed on or before **March 8, 2023**

- Plaintiff's opposition to Defendants' motion to dismiss shall be filed on or before **April 19, 2023**

- Defendants' reply brief in further support of their motion shall be filed on or before **May 10, 2023**

Defendants are ORDERED to mail a copy of each of their briefs as well as the authorities cited in those briefs to Plaintiff's address of record. Plaintiff is advised that the Court will not accept additional filings about the merits of this action until it has ruled on Defendants' motion to dismiss.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff's address of record.

SO ORDERED.

Dated:  February 1, 2023
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge