**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
CASE D. THOMAS,

                    Plaintiff,

    -against-                                      22 **CIVIL** 5341 (KPF)

                                                                     **JUDGMENT**

TWITTER CORPORATE OFFICE and NATIONAL
TWITTER HEADQUARTERS,

                    Defendants.
------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated December 6, 2023, Plaintiff's Complaint is hereby DISMISSED for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6), without leave to replead; accordingly, the case is closed.

**Dated:**  New York, New York

      December 6, 2023

                                                                     **RUBY J. KRAJICK**
                                                                     _____
                                                                       **Clerk of Court**

                                 **BY:**         K. Mango
                                                                  _____
                                                                       **Deputy Clerk**